## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

CHARLES ALPINE,            )
                                  )
            Plaintiff,       )
                                  )
v.                            )      Civil No. 2:20-cv-00114-NT
                                  )
SCOTT HARRIS,            )
                                  )
            Defendant.    )

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On April 2, 2020, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 2). On April 3, 2020, a copy of the Recommended Decision was mailed to Mr. Alpine at the address he provided to the Court. On May 8, 2020, the envelope containing the Recommended Decision was returned to the Court as "not deliverable as addressed." (ECF No. 3.) The Court has waited more than two weeks and Mr. Alpine has not updated the Court of his address. It is a litigant's responsibility to keep the Court appraised of a current mailing address for correspondance. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive their right to de novo review and appeal.

2

It is therefore **ORDERED** that the Recommended Decision of the Magistrate

Judge is hereby **AFFIRMED** and the Plaintiff's Complaint be **DISMISSED.**

SO ORDERED.

/s/ Nancy Torresen_____
United States District Judge

Dated this 29th day of May, 2020.